```
 1 │ BARRY J. PORTMAN
   │ Federal Public Defender
 2 │ HILARY A. FOX
   │ Assistant Federal Public Defender
 3 │ 555 12th Street, Suite 650
   │ Oakland, CA 94607
 4 │ Tel: (510) 637-3500
   │ Counsel for Defendant WILLIAMS
 5 │
 6 │
 7 │
 8 │              IN THE UNITED STATES DISTRICT COURT
 9 │            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10 │
11 │
12 │ UNITED STATES OF AMERICA,          )   No. CR 05-00786-CW
   │                      Plaintiff,    )
13 │                                    )   STIPULATION AND ORDER
   │      v.                            )   CONTINUING HEARING DATE
14 │                                    )
   │ RODNEY WILLIAMS,                   )   Date:  December 19, 2005
15 │                                    )   Time:  2:00 p.m.
   │                      Defendant.    )   Court: Hon. Claudia Wilken
16 │ _____)          U.S. District Court
```

17    This matter is currently set to make his initial appearance in district court on Monday,

18  December 19, 2005, at 2:00 p.m. for status or change of plea.  Defendant has received and

19  reviewed the discovery and has initiated investigation into the circumstances of this case and the

20  defendant's criminal history that is relevant both to trial and resolution of this matter.  At this time,

21  however, defendant's investigation is not yet complete.  The parties agree that it is reasonable to

22  afford defendant a few more weeks to pursue the investigation that has been initiated before

23  setting either a motions schedule or trial date.  In addition, defendant's counsel will be out of the

24  office for approximately two weeks beginning December 20.  The parties therefore jointly request

25  that the hearing in this matter be continued from December 19, 2005, until January 9, 2006, at 2:00

26  p.m., or as soon thereafter as the Court is available.

STIP AND ORD WAIVE TIME                    - 1 -

The parties stipulate and agree that the time between December 19, 2005 and January 9, 2006, should be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv) in order to afford the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and to ensure that the defendant is not denied continuity of counsel.

SO STIPULATED.

Dated:       December 16, 2005                      /S/
_____
HILARY A. FOX
Attorney for Defendant WILLIAMS

SO STIPULATED.

Dated:       December 16, 2005                      /S/
_____
ALICIA FENRICK
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Good cause appearing therefore, and pursuant to defendant Rodney Williams' stipulation, it is hereby ORDERED that the hearing currently scheduled for December 19, 2005, at 2:00 p.m. is vacated, and a hearing is hereby scheduled instead for January 9, 2006, at 2:00 p.m., for setting or change of plea. It is further ORDERED that the time from December 19, 2005, through January 9, 2006, shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). The Court finds that the exclusion is appropriate in order to afford defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and to afford defendant continuity of counsel. The Court further finds, based on the stipulation of the parties, that the ends of justice served by this exclusion of time outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:    December 19 , 2005                      *Claudia Wilken*
_____

STIP AND ORD WAIVE TIME                                         - 2 -

1                      CLAUDIA WILKEN
United States District Court

STIP AND ORD WAIVE TIME           - 3 -