BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500
Counsel for Defendant WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>     v.                               )<br>                                      )<br> RODNEY WILLIAMS,                     )<br>                                      )<br>            Defendant.                )<br>_____) | No. CR 05-00786 CW<br><br>STIPULATION AND ORDER<br>CONTINUING SENTENCING<br>HEARING DATE<br><br>Date:  April 24, 2006<br>Time:  2:00 p.m.<br>Court: Hon. Claudia Wilken<br>       U.S. District Court |

   This matter is currently set for sentencing on April 24, 2006. Due to some delays in the presentence investigation, the sentencing preparations are not yet complete at this time. The parties submit this stipulation to request that the Court continue the sentencing hearing from the current date of April 22 to the new date of Friday, May 22, 2005, at 2:00 p.m. to afford additional time for sentencing preparations and to ensure that the Probation Office has sufficient time to receive and review all information relevant to the presentence investigation. The Probation Officer supports the requested continuance and is available on the new date of May 22,

STIP AND ORD RE SENTENCING           - 1 -

2006.

SO STIPULATED.

Dated:       March 30, 2006                    /S/
                                               _____
                                               HILARY A. FOX
                                               Attorney for Defendant WILLIAMS

SO STIPULATED.

Dated:       March 31, 2006                    /S/
                                               _____
                                               ALICIA FENRICK
                                               Assistant United States Attorney

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is hereby ORDERED that the sentencing hearing in this matter is continued to Monday, May 22, 2006, at 2:00 p.m.

IT IS SO ORDERED.

Dated:  __4/4_____, 2006                  _Claudia Wilken_____
                                               CLAUDIA WILKEN
                                               United States District Court

STIP AND ORD RE SENTENCING            - 2 -