BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500
Counsel for Defendant WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>RODNEY WILLIAMS,<br><br>           Defendant. | No. CR 05-00786-CW<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING DATE<br><br>Date:  May 22, 2006<br>Time:  2:00 p.m.<br>Court: Hon. Claudia Wilken<br>        U.S. District Court |

    This matter is currently set for sentencing on May 22, 2006. The Probation Office has completed the final Presentence Report but it was not disclosed to the parties until May 11, 2006 (i.e., two days before the parties' sentencing memoranda were due). Defendant has significant unresolved objections to the final PSR, does not agree that the PSR's calculation of the Sentencing Guidelines is correct, and does not believe that the lengthy sentence recommended is reasonable. The parties agree that, in order to ensure that the parties have sufficient time as required by local rules to file sentencing memoranda and reply memoranda, a brief continuance is appropriate. The parties therefore submit this stipulation to request that the Court continue the sentencing hearing

1  from the current date of May 22, 2006, to the new date of May 31, 2006, at 2:00 p.m. to afford
2  sufficient time for the parties to address the sentencing issues raised by the final PSR. The
3  Probation Officer has been contacted and has no objection to the continuance.  The Officer was
4  apologetic about the delay in issuing the final report.

6  SO STIPULATED.
7  Dated:      May 17, 2006                         /S/
8                                                                   ──────────────────
                                                                    HILARY A. FOX
                                                                    Attorney for Defendant WILLIAMS
9
   SO STIPULATED.
10
11  Dated:      May 18, 2006                        /S/
12                                                                  ──────────────────
                                                                    ALICIA FENRICK
                                                                    Assistant United States Attorney
13
14                           SIGNATURE ATTESTATION
15      I hereby attest that I have on file all holograph signatures indicated by a "conformed"
16  signature ("/S/") within this efiled document.

19                                    ORDER
20      Good cause appearing therefore, and pursuant to the stipulation of the parties, it is hereby
21  ORDERED that the sentencing hearing in this matter is continued to Wednesday, May 31, 2006, at
22  2:00 p.m.
23      IT IS SO ORDERED.
24  Dated:  ___5/22_____, 2006                    ──────────────────
25                                                                  CLAUDIA WILKEN
                                                                    United States District Court
26

STIP AND ORD RE SENTENCING            - 2 -