IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RODNEY WILLIAMS,<br><br>    Defendant.<br>_____/ | No. 05-00786 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT'S ADMISSION OF THE VIOLATIONS OF THE TERMS AND CONDITIONS OF SUPERVISED RELEASE |

The Court has reviewed Magistrate Judge Donna M. Ryu's Report and Recommendation Regarding Defendant's Admission of the Violations of the Terms and Conditions of Supervised Release and adopts the Recommendation in every respect.  Accordingly,

Defendant Rodney Williams' admission of the violations is accepted by the Court as to charges 1 and 2 of the Amended Petition filed on January 19, 2010, charging Defendant Rodney Williams with leaving the residential program at New Bridge without authorization prior to the expiration of his residential term at New Bridge and failing to refrain from any unlawful use of a controlled substance. Sentencing is set for April 21, 2010 at 2:00 p.m.  The U.S. Probation Office shall prepare a sentencing memorandum and disclose said memorandum to the government and defense counsel.

Dated: 4/21/2010

                                           CLAUDIA WILKEN
                                           United States District Judge

cc:  DMR; U. S. Probation; Wings